**Order issued April 30, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00163-CV

———————————

**XIANGXIANG TANG, Appellant**

**V.**

**KLAUS WIEGAND, Appellee**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 13-DCV-211293**

---

### MEMORANDUM ORDER

Appellant, Yvonne Tran, representing that she no longer desires to pursue this appeal, has filed a "Withdrawal of Notice of Appeal" that we construe as a motion to dismiss her appeal. Although Tran failed to include a certificate of

conference in her motion, more than ten days have passed and no party has responded. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a). Further, no opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss Yvonne Tran's appeal. *See* TEX. R. APP. P. 42.1(a)(1).  XiangXiang Tang's appeal remains pending.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.